**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rudolph Fisher, | NO. C 09-03617 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| v. | |
| Aramark, | |
| Defendant. | |

On January 27, 2010, the Court issued an Order Granting Defendants' Motion to Dismiss With Leave to Amend. (hereafter, "Order," Docket Item No. 10.) The Court directed Plaintiff to file his Amended Complaint on or before February 26, 2010. (Id. at 6.) The Court clearly warned that, "Failure to timely file an Amended Complaint consistent with the terms of this Order may result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure." (Id.) To date, Plaintiff has failed to file his Amended Complaint or otherwise communicate with the Court.

The Court hereby orders Plaintiff to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **March 29, 2010 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court on or before **March 19, 2010**, why this case should not be dismissed for failure to prosecute. The certificate shall set forth in factual summary the reason no Amended Complaint has been filed and what steps Plaintiff is taking to prosecute the action. If Plaintiff fails to file the certification, the March 29 hearing will be vacated automatically and the case will be dismissed.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action pursuant to Fed. R. Civ. P. 41(b).

Dated: March 5, 2010

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andje Morovich Medina morovich@lbbslaw.com
Sasha M. Cummings cummings@lbbslaw.com

Rudolph Fisher
74 Kelloch Avenue
San Francisco, Ca 94134

| | |
|---|---|
| **Dated:  March 5, 2010** | **Richard W. Wieking, Clerk** |
| | **By:      /s/ JW Chambers**<br>**Elizabeth Garcia**<br>**Courtroom Deputy** |

**United States District Court**
For the Northern District of California