IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Rudolf Fisher,<br><br>        Plaintiff,<br>  v.<br><br>Aramark,<br><br>        Defendant. | NO. C 09-03617 JW<br><br>**ORDER DISMISSING CASE PURSUANT TO FED. R. CIV. P. 41(b)** |

On January 27, 2010, the Court issued an Order Granting Defendants' Motion to Dismiss With Leave to Amend. (hereafter, "Order," Docket Item No. 10.) The Court directed Plaintiff to file his Amended Complaint on or before February 26, 2010. (Id. At 6.) The Court clearly warned that, "[f]ailure to timely file an Amended Complaint consistent with the terms of this Order may result in dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure." (Id.) To date, Plaintiff has failed to file his Amended Complaint or otherwise communicate with the Court.

On March 5, 2010, the Court issued an Order to Show Cause re: Dismissal. (Docket Item No. 11.) In its Order, the Court directed Plaintiff to file a certification on or before March 19, 2010, and show cause why this case should not be dismissed for failure to prosecute. (Id.) The Court warned that if "Plaintiff fails to file the certification, the March 29 hearing will be vacated automatically and the case will be dismissed." (Id.) To date, Plaintiff has failed to file the required certification. It appears that Plaintiff has abandoned this litigation.

Accordingly, the Court VACATES the April 2, 2010[1] hearing and DISMISSES this action for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

The Clerk shall close this file.

Dated: March 25, 2010

JAMES WARE
United States District Judge

---

[1] On March 25, 2010, the Clerk of Court issued a notice continuing the hearing in light of a conflict in the Court's schedule. (Docket Item No. 12.) However, the Court now finds that a hearing on this matter is unnecessary due to Plaintiff's failure to file the required amended pleading or certification regarding his intention to prosecute this case.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andje Morovich Medina morovich@lbbslaw.com
Sasha M. Cummings cummings@lbbslaw.com

Rudolph Fisher
74 Kelloch Avenue
San Francisco, Ca 94134

**Dated: March 25, 2010**                              **Richard W. Wieking, Clerk**

                                                             **By:  /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**